# In the United States Court of Federal Claims

**BID PROTEST**
**\*\*\*FILED UNDER SEAL\*\*\***
(Filed: December 13, 2023)

| | |
|---|---|
| **LIFE SCIENCE LOGISTICS, LLC,** ) | |
| ) | Case No. ___23-2116 C___ |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Judge _____ |
| ) | |
| **THE UNITED STATES,** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## <u>UNDER SEAL AND MOTION FOR A PROTECTIVE ORDER</u>

Pursuant to RCFC Appendix C, Plaintiff, Life Science Logistics, LLC ("LSL"), by and through counsel, respectfully requests that the Court: 1) grant Plaintiff leave to file the below-listed documents under seal; and 2) issue a protective order to prevent public disclosure of certain designated documents in this litigation. Plaintiff believes that its Complaint, Exhibits 1, 3, 4, 6, 7, 9, 10, 13–16, and 18–19 attached thereto, and Application for a Temporary Restraining Order and Preliminary Injunction, contain confidential or proprietary information that Plaintiff seeks to protect from public scrutiny.

In addition, LSL's bid protest may reference protected material from LSL's Government Accountability Office ("GAO") protest, B-421018.4, which is subject to a GAO protective order. GAO's protective order permits the use of protected material obtained under the protective order in a bid protest filed with the United States Court of Federal Claims, without GAO's prior authorization, provided that the information is filed under seal with the Court, that the Court is informed of GAO's protective order, and that the Court is requested to issue its own protective

order to cover the protected material. LSL is filing this motion in accordance with these requirements.

Accordingly, Plaintiff respectfully requests that the Court GRANT Plaintiff leave to file under seal the following documents:

1. Sealed Complaint for Injunctive and Declaratory Relief;

2. Exhibits to the Complaint for Injunctive and Declaratory Relief; and

3. Application for Temporary Restraining Order and/or Preliminary Injunction.

Plaintiff also respectfully requests that the Court:

1. GRANT Plaintiff's Motion to File Under Seal; and

2. Issue a standard Protective Order in this matter to protect certain source selection information and certain information provided by offerors that the companies would consider confidential and proprietary.

Dated: December 13, 2023                    Respectfully submitted,


_____
Jennifer S. Zucker
Counsel of Record
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Tel: (202) 331-3114
Fax: (202) 331-3101
zuckerjs@gtlaw.com
*Counsel for Plaintiff*

*Of Counsel*:

Christopher M. O'Brien                    Eleanor Ross
GREENBERG TRAURIG, LLP                    GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000             2101 L Street, NW, Suite 1000
Washington, DC 20037                      Washington, DC 20037
Tel: (202) 533-2306                       Tel: (202) 530-8565
Fax: (202) 331-3101                       Fax: (202) 331-3101
obriencm@gtlaw.com                        Eleanor.ross@gtlaw.com